

FILED
April 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk



ACCEPTED
03-14-00535-CV
4953214
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 1:48:55 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00535-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

**David Young,**
**Appellant,**
**v.**
**Trails End Homeowners Association, Inc., TLS Properties, Ltd.,**
**TLS Operating Company, LLC, Van Keene and Rick Durapau,**
**Appellees.**

On Appeal from the 200th Judicial District Court of Travis County, Texas
(Honorable Scott H. Jenkins, of the 53rd Judicial District Court, Presiding)
Trial Court Cause No. D-1-GN-10-003864

## AMENDED JOINT AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEFS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellees Trails End Homeowners Association, Inc., TLS Properties, Ltd., TLS Operating Company, LLC and Van Keene ("Appellees"), and file this Amended Joint and Unopposed Motion for Extension of Time to File Appellee's Briefs, seeking a 30 day extension of time in which to file their briefs, thereby extending the deadline of April 22, 2015, up to and including May 22, 2015.

1

1.    Appellant's brief was originally due on or about December 19, 2014.  After obtaining three separate extensions, Appellant's deadline was ultimately extended to March 18, 2015, when it filed its brief.  Upon the Court's instruction, Appellant filed a corrected version of their brief on March 23, 2015.  As a result, the current deadline for Appellees to file their briefs is April 22, 2015.

2.    Pursuant to Rules 10.5(b) and 38.6(d), of the Texas Rules of Appellate Procedure, Appellee seeks a twenty (30) day extension of time in which to file their briefs, thus extending the deadline up to and including May 22, 2015.

3.    Appellees seek the requested extension of time because Appellee's agreement to extend Appellants' deadline to file its brief on at least two occasions resulted in Appellee's deadline to fall at a time when its lead trial and appellate counsel's travel schedule has been burdened with personal and professional activities– both within and outside the State of Texas – that command significant expenditures of time.

4.    Appellees have not requested any previous extensions of time in this proceeding.  This motion is filed in good faith and is not sought for purposes of obstruction or delay, but rather is requested so that justice may be done.

5.     No party, including Appellant, opposes the extension. After conferring, all parties have agreed to the relief requested herein.

6.     WHEREFORE PREMISES CONSIDERED, Appellees respectfully request that the Court grant their joint and unopposed motion to extend the time to file their briefs by thirty (30) days to and including May 22, 2015.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Christopher R. Mugica*
     Christopher R. Mugica
     State Bar No. 24027554
     cmugica@jw.com
     Emilio B. Nicolas
     State Bar No. 24058022
     enicolas@jw.com
     100 Congress Avenue, Suite 1100
     Austin, Texas  78701
     (512) 236-2000
     (512) 236-2002 – Fax

     and

W. Thomas Buckle
State Bar No. 03299000
tbuckle@sbylaw.com
Jeff Tippens
State Bar No. 24009121
jtippens@sbylaw.com
Scanlan, Buckle & Young, P.C.
602 West 11th Street
Austin, Texas  78701
(512) 478-4651
(512) 478-7750 – Fax

**ATTORNEYS FOR APPELLEE TRAILS END HOMEOWNERS ASSOCIATION, INC. AND VAN KEENE**

STRASBURGER & PRICE, LLP

By: */s/Derek Quick*
Derek Quick
State Bar No. 24072471
derek.quick@strasburger.com
720 Brazos Street, Suite 700
Austin, Texas  78701
(512) 499-3600
(512) 499-3660 - Fax

**ATTORNEYS FOR APPELLEES TLS PROPERTIES, LTD. AND TLS OPERATING COMPANY, LLC**

## **CERTIFICATE OF CONFERENCE**

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, this is to certify that on April 16, 2015 the undersigned counsel for Appellees Trails End Homeowners Association, Inc. and Van Keene conferred with counsel for Appellant regarding the merits of the foregoing motion, and Mr. Casey indicated that he agrees with the relief requested therein. Furthermore, on April 20, 2015 the undersigned counsel also conferred with *Pro Se* Appellee, Rick Durapau regarding the merits of the foregoing motion, and Mr. Durapau indicated that he agrees with the relief requested therein.

*/s/ Christopher Mugica*
Christopher Mugica

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 20th day of April, 2015, a true and correct copy of the above and foregoing document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this Court and/or via electronic mail upon:

Stephen Casey
Casey Law Office, P.C.
595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Stephen@caseylawoffice.us

Rick Durapau, *Pro Se*
11907 Misty Brook Drive
Austin, Texas 78727
rdurapau@gmail.com

*/s/ Christopher R. Mugica*
Christopher R. Mugica

12989071v.3